**KWARTLER MANUS**LLC

David E. Kwartler
dkwartler@kminjurylawyers.com

Jason I. Manus
jmanus@kminjurylawyers.com

1429 Walnut Street, Suite 701
Philadelphia, PA 19102
p 267 457 5570
f 267 457 5571
kminjurylawyers.com

March 10, 2017

Re:   NOTICE OF MEETING OF CREDITORS- April 5, 2017 at 11:00 AM
      Debtor:  Joann Ferrer
      Chapter 13 Bankruptcy Case No.: 17-10306-jkf

**TO ALL INTERESTED PARTIES:**

Please be advised that the Meeting of Creditors for the above-referenced Bankruptcy Case has been scheduled and will be held on April 5, 2017 at 11:00 AM, at 1234 Market Street, Suite 18-341, Philadelphia, PA 19107.

Very Truly Yours,
KWARTLER MANUS, LLC

BRANDON PERLOFF, ESQ