### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Joann Ferrer

     Debtor(s)

Case No: 17−10306−jkf

Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for Failure to pay the Second
Installment payment of $75.00

will be held before the Honorable Jean K. FitzSimon ,United States Bankruptcy Court

on: 4/26/17

at: 09:30 AM

in: Courtroom #3, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: March 24, 2017

25
Form 175