# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 17-10306-JKF

JOANN FERRER

4538 Cottman Avenue

Philadelphia, PA 19135

    Debtor

**CERTIFICATE OF SERVICE**

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    JOANN FERRER

    4538 Cottman Avenue

    Philadelphia, PA 19135

**Counsel for debtor(s), by electronic notice only.**
    BRANDON J. PERLOFF
    KWARTLER MANUS LLC
    1429 WALNUT STREET  STE 701
    PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 4/20/2017

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee