*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Joann Ferrer
    Debtor(s)

Case No: 17−10306−mdc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

\*\*RESCHEDULED TIME & COURTROOM\*
Motion to Determine Value of Property Filed by Joann Ferrer Represented by BRANDON J. PERLOFF

on: 10/19/17

at: 11:00 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/10/17

Timothy B. McGrath
Clerk of Court

45 − 35
Form 167