United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-10306-mdc
Joann Ferrer                                                        Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Eileen            Page 1 of 2          Date Rcvd: Oct 10, 2017
                              Form ID: 167            Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2017.
```
db         +Joann Ferrer,    1116 Arrott Street,     Philadelphia, PA 19124-3139
cr         +PATRICK FUNG,    C/O 4256 CASTOR AVENUE,      PHILADELPHIA, PA 19124-4920
13851322  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:   Capital One Bank Usa N,     15000 Capital One Dr,
             Richmond, VA 23238)
13851323   +Central Finl Control,     Po Box 660873,    Dallas, TX 75266-0873
13851324   +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13851326   +Kwartler Manus, LLC,     1429 Walnut Street,     Suite 701,    Philadelphia, PA 19102-3207
13851329   +Patrick Fung,    4256 Castor Avenue,     Philadelphia, PA 19124-4920
13851330   +Philadelphia Fed Cr Un,     12800 Townsend Rd,     Philadelphia, PA 19154-1095
13851331   +Sears/cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
13851333   +Toyota Motor Credit Co,     240 Gibraltar Rd Ste 260,     Horsham, PA 19044-2387
13863010   +Toyota Motor Credit Corporation,     PO Box 9013,    Addison, Texas 75001-9013
13851335   +Verizon Wireless,    Po Box 49,    Lakeland, FL 33802-0049
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
13851325   +E-mail/Text: bknotice@erccollections.com Oct 11 2017 01:58:15      Enhanced Recovery Co L,
             8014 Bayberry Rd,    Jacksonville, FL 32256-7412
13851327   +E-mail/Text: bonnie@ljross.com Oct 11 2017 01:57:52       L J Ross Associates In,
             4 Universal Way,    Jackson, MI 49202-1455
13901602   +E-mail/Text: bankruptcydpt@mcmcg.com Oct 11 2017 01:58:13       MIDLAND FUNDING LLC,
             PO Box 2011,    Warren, MI 48090-2011
13851328   +E-mail/Text: bankruptcydpt@mcmcg.com Oct 11 2017 01:58:13       Midland Funding,
             2365 Northside Dr Ste 30,    San Diego, CA 92108-2709
13922405    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 11 2017 01:59:55
             Portfolio Recovery Associates, LLC,     POB 41067,    Norfolk VA 23541
13851332   +E-mail/PDF: gecsedi@recoverycorp.com Oct 11 2017 02:00:12       Syncb/walmart,    Po Box 965024,
             Orlando, FL 32896-5024
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13851334    ##+Transworld System Inc/,    2235 Mercury Way Ste 275,     Santa Rosa, CA 95407-5463
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2017 at the address(es) listed below:
```
          BRANDON J. PERLOFF    on behalf of Debtor Joann  Ferrer bperloff@kminjurylawyers.com,
           kmecf1429@gmail.com
          BRIAN CRAIG NICHOLAS    on behalf of Creditor   Toyota Motor Credit Corporation
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          HOWARD  FORD    on behalf of Creditor PATRICK  FUNG howard.ford@comcast.net
          MATTEO SAMUEL WEINER    on behalf of Creditor   Toyota Motor Credit Corporation
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
```

```
District/off: 0313-2          User: Eileen              Page 2 of 2              Date Rcvd: Oct 10, 2017
                              Form ID: 167              Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Joann Ferrer
    Debtor(s)

Case No: 17−10306−mdc
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

  **RESCHEDULED TIME & COURTROOM*
Motion to Determine Value of Property Filed by Joann Ferrer Represented by BRANDON J. PERLOFF

  on: 10/19/17

  at: 11:00 AM

  in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/10/17

Timothy B. McGrath
Clerk of Court

45 − 35
Form 167