**Kwartler Manus, LLC**
**1429 Walnut Street**
**Suite 701**
**Philadelphia, PA 19102**

# Client: Ferrer, Joann    Account: Chapter 13/Trustee Receipts
## HOURLY BILLING REPORT BY DATE
### Report Period: All Dates

| Date | Project | Timekeeper | Rate | Hours | Charge |
|---|---|---|---|---|---|
| 2/8/2017 | Motion For Relief Review<br>reviewed Landlord's MFR | Brandon Perloff | $325.00 | 0.30 | $97.50 |
| 2/22/2017 | Motion(s) to Dismiss<br>reviewed mtd filed by trustee | Brandon Perloff | $325.00 | 0.20 | $65.00 |
| 3/4/2017 | Response to MFR<br>filed response to MFR | Brandon Perloff | $325.00 | 0.50 | $162.50 |
| 3/9/2017 | Correspondence with Creditor<br>emails with atty for landlord re stip re residential lease | Brandon Perloff | $325.00 | 0.20 | $65.00 |
| 3/19/2017 | Stipulation to Resolve MFR<br>Stipulation to resolve MFR | Brandon Perloff | $325.00 | 0.30 | $97.50 |
| 3/24/2017 | Correspondence with Client<br>re hearing to Show Cause | Brandon Perloff | $325.00 | 0.20 | $65.00 |
| 4/5/2017 | 341 (Preparation and Attendance)<br>Second 341 meeting- preparation, attendance and follow up re 341 meeting | Brandon Perloff | $325.00 | 1.00 | N/C |
| 4/5/2017 | Show Cause<br>meeting and discussions with debtor re filing fee payments to cure show cause | Brandon Perloff | $325.00 | 0.20 | $65.00 |
| 4/6/2017 | Motion(s) to Dismiss<br>Attendance of Hearing on MTD/discussion with trustee- Continued to 7/20 | Brandon Perloff | $325.00 | 0.70 | $227.50 |
| 4/20/2017 | Correspondence with Creditor<br>email w/ atty for landlord re water being shutoff in residence | Brandon Perloff | $325.00 | 0.10 | $32.50 |
| 8/7/2017 | Correspondence with Creditor<br>w/ attorney for creditor re cramdown of car loa | Brandon Perloff | $325.00 | 0.10 | $32.50 |
| 8/16/2017 | Correspondence with Creditor<br>re stipulation to cramdown vehicle | Brandon Perloff | $325.00 | 0.20 | $65.00 |
| 9/6/2017 | Correspondence with Creditor<br>re stipulation to cramdown vehicle. | Brandon Perloff | $325.00 | 0.10 | $32.50 |
| 9/11/2017 | Motion to Determine Value<br>motion to Determine value of Property | Brandon Perloff | $325.00 | 0.50 | $162.50 |
| 10/17/2017 | Correspondence with Creditor<br>regarding stipulation to resolve Motion to Determine value of secured collateral | Brandon Perloff | $325.00 | 0.20 | $65.00 |
| 11/3/2017 | Correspondence with Creditor<br>Regarding Stipulation to resolve contested Motion to Determine value of secured collateral | Brandon Perloff | $325.00 | 0.20 | $65.00 |
| 11/6/2017 | Correspondence with Creditor<br>Regarding Stipulation and client's position | Brandon Perloff | $325.00 | 0.10 | $32.50 |
| 11/14/2017 | Correspondence withTrustee<br>regarding Motion to Dismiss and Conf hearing on Thursday and status of case | Brandon Perloff | $325.00 | 0.10 | $32.50 |
| 11/14/2017 | Correspondence with Creditor<br>Regarding Motion To Cramdown Vehicle (provided case law supporting Debtor's position) and argument | Brandon Perloff | $325.00 | 0.30 | $97.50 |
| 11/15/2017 | Correspondence with Creditor<br>Regarding Stipulating to resolve Motion to determine value | Brandon Perloff | $325.00 | 0.20 | $65.00 |
| 11/15/2017 | Phone Call<br>to Debtor re discussing terms of stip- approved | Brandon Perloff | $325.00 | 0.10 | $32.50 |
| 11/15/2017 | Correspondence with Third party<br>w/ court advising that motion has been settled with stip to follow | Brandon Perloff | $325.00 | 0.10 | $32.50 |
| 11/18/2017 | Phone Call<br>Call with Debtor to discuss cramdown, Budget- Amended Schedule J, Amended 2016(b), and Amended Plan ($300 per month payments) | Brandon Perloff | $325.00 | 0.20 | $65.00 |
| 11/18/2017 | Amending Schedule(s)<br>Filed Amended Schedule J per discussion with Debtor | Brandon Perloff | $325.00 | 0.20 | $65.00 |

**Kwartler Manus, LLC**
**1429 Walnut Street**
**Suite 701**
**Philadelphia, PA 19102**

### Client: Ferrer, Joann    Account: Chapter 13/Trustee Receipts
### HOURLY BILLING REPORT BY DATE
### Report Period: All Dates

| Date | Project | Timekeeper | Rate | Hours | Charge |
|---|---|---|---|---|---|
| | | | Total Charges: | | $1,722.50 |