IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joann Ferrer <br>                Debtor | CHAPTER 13 |
| Toyota Motor Credit Corporation <br>                Movant <br> vs. <br> Joann Ferrer <br>                Debtor | NO. 17-10306 MDC |
| William C. Miller, Esq. <br>                Trustee | 11 U.S.C. Section 362 |

## STIPULATION OF SETTLEMENT

This matter having been brought before the Court on a Motion to Determine Value of Property filed by the Debtor through her counsel Brandon J. Perloff, Esquire and response thereto filed by Thomas I. Puleo, Esquire, attorney for Movant, Toyota Motor Credit Corporation, and the parties having resolved said matter as hereinafter set forth and by the agreement of all counsel the parties hereby stipulate:

IT IS STIPULATED:

1. That Toyota Motor Credit Corporation is the holder of a first purchase money security interest on the Debtor on the Debtor's 2014 Toyota Camry.
2. That the Debtor agrees to pay Toyota Motor Credit Corporation the sum of $10,500.00 plus interest at the rate of 3.25% through her bankruptcy plan.
3. That the parties agree that a facsimile signature shall be considered an original signature.
4. That in the event this case is dismissed or converted to a Chapter 7, this Stipulation shall be null and closed.

We hereby agree to the form and entry of this Order:

Date:  March 29, 2018

By:  /s/ Kevin G. McDonald, Esquire
Kevin G. McDonald, Esquire
Attorney for Movant/Creditor
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734

Date:_____          /s/ Brandon J. Perloff
                                        Brandon J. Perloff
                                        Attorney for Debtor

Date: 3/28/18                           _____
                                        William C. Miller
                                        Chapter 13 Trustee

*without prejudice to any trustee rights or remedies*

Approved by the Court this __4th__ day of _____April_____, 2018. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge