United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 17-10306-mdc
Joann Ferrer                                                    Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1                Date Rcvd: Apr 04, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2018.
db            +Joann Ferrer,   1116 Arrott Street,   Philadelphia, PA 19124-3139

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2018 at the address(es) listed below:
     BRANDON J. PERLOFF    on behalf of Debtor Joann  Ferrer bperloff@kminjurylawyers.com, kmecf1429@gmail.com
     BRIAN CRAIG NICHOLAS    on behalf of Creditor    Toyota Motor Credit Corporation bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
     HOWARD  FORD    on behalf of Creditor PATRICK  FUNG howard.ford@comcast.net
     KEVIN G. MCDONALD    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
     MATTEO SAMUEL WEINER    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
     THOMAS I. PULEO    on behalf of Creditor    Toyota Motor Credit Corporation tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                     TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Joann Ferrer<br>　　　　　Debtor | CHAPTER 13 |
| Toyota Motor Credit Corporation<br>　　　　　Movant<br>vs.<br>Joann Ferrer<br>　　　　　Debtor<br>William C. Miller, Esq.<br>　　　　　Trustee | NO. 17-10306 MDC<br><br>11 U.S.C. Section 362 |

## STIPULATION OF SETTLEMENT

This matter having been brought before the Court on a Motion to Determine Value of Property filed by the Debtor through her counsel Brandon J. Perloff, Esquire and response thereto filed by Thomas I. Puleo, Esquire, attorney for Movant, Toyota Motor Credit Corporation, and the parties having resolved said matter as hereinafter set forth and by the agreement of all counsel the parties hereby stipulate:

IT IS STIPULATED:

1. That Toyota Motor Credit Corporation is the holder of a first purchase money security interest on the Debtor on the Debtor's 2014 Toyota Camry.
2. That the Debtor agrees to pay Toyota Motor Credit Corporation the sum of $10,500.00 plus interest at the rate of 3.25% through her bankruptcy plan.
3. That the parties agree that a facsimile signature shall be considered an original signature.
4. That in the event this case is dismissed or converted to a Chapter 7, this Stipulation shall be null and closed.

We hereby agree to the form and entry of this Order:

Date:  March 29, 2018

By:  /s/ Kevin G. McDonald, Esquire
Kevin G. McDonald, Esquire
Attorney for Movant/Creditor
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322 FAX (215) 627-7734

Date:_____    /s/ Brandon J. Perloff
_____
Brandon J. Perloff
Attorney for Debtor

Date: 3/28/18    _Jacquelyn N. Chandlee_ (signature)
_____
William C. Miller
Chapter 13 Trustee

*without prejudice to any trustee rights or remedies*

Approved by the Court this __4th__ day of _____April_____, 2018. However, the court retains discretion regarding entry of any further order.

_Magdeline D. Coleman_ (signature)
_____
Bankruptcy Judge