**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

In Re:

Joann Ferrer

        Debtor(s).

13

Bky No. 17-10306 - mdc

## ORDER

**AND NOW,** this 15th day of June, 2018, upon consideration of **APPLICATION OF DEBTOR(S) COUNSEL FOR APPROVAL OF COUNSEL FEES** submitted by Brandon Perloff of the firm Kwartler Manus, LLC, counsel for debtor(s) and after notice it is hereby

**ORDERED** that counsel fees in the amount $4,000.00 less $1,427.00 already paid with a remaining balance of $2,573.00 are allowed and may be paid by the trustee to the extent provided in the confirmed plan. See 11USC§(330)(4)(B).

BY THE COURT:

_____
Honorable Magdeline D. Coleman
U.S. Bankruptcy Judge

CC:    **Brandon Perloff, Esq.**
Kwartler Manus, LLC
1429 Walnut Street, Suite 701
Philadelphia, PA   19102

William C. Miller, Esquire
Chapter 13 Trustee
Post Office Box 40119
Philadelphia, PA 19106

Joann Ferrer
1116 Arrott Street
Philadelphia, PA 19124