Certificate Number: 12433-PAE-DE-036290220

Bankruptcy Case Number: 17-10306



12433-PAE-DE-036290220

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 27, 2022, at 12:06 o'clock AM EST, Joann Ferrer completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  January 27, 2022

By:  /s/Lisa Susoev

Name:  Lisa Susoev

Title:  Teacher