United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 17-10306-mdc
Joann Ferrer     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Mar 03, 2022     Form ID: 138OBJ     Total Noticed: 21

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joann Ferrer, 1116 Arrott Street, Philadelphia, PA 19124-3139 |
| 13851323 | + | Central Finl Control, Po Box 660873, Dallas, TX 75266-0873 |
| 13851326 | + | Kwartler Manus, LLC, 1429 Walnut Street, Suite 701, Philadelphia, PA 19102-3207 |
| 13851329 | + | Patrick Fung, 4256 Castor Avenue, Philadelphia, PA 19124-4920 |
| 13851330 | + | Philadelphia Fed Cr Un, 12800 Townsend Rd, Philadelphia, PA 19154-1095 |
| 13851334 | + | Transworld System Inc/, 2235 Mercury Way Ste 275, Santa Rosa, CA 95407-5463 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 03 2022 23:50:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 03 2022 23:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 03 2022 23:50:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13851322 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 04 2022 00:00:18 | Capital One Bank Usa N, 15000 Capital One Dr, Richmond, VA 23238 |
| 13851324 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2022 00:00:20 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 13851325 | + | Email/Text: bknotice@ercbpo.com | Mar 03 2022 23:50:00 | Enhanced Recovery Co L, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 13851327 | + | Email/Text: support@ljross.com | Mar 03 2022 23:50:00 | L J Ross Associates In, 4 Universal Way, Jackson, MI 49202-1455 |
| 13901602 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 03 2022 23:50:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13851328 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 03 2022 23:50:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2709 |
| 13922405 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 04 2022 00:00:19 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13851331 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 04 2022 00:00:04 | Sears/cbna, Po Box 6282, Sioux Falls, SD 57117-6282 |
| 13851332 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 04 2022 00:00:10 | Syncb/walmart, Po Box 965024, Orlando, FL 32896-5024 |
| 13851333 | + | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Mar 03 2022 23:50:00 | Toyota Motor Credit Co, 240 Gibraltar Rd Ste 260, Horsham, PA 19044-2387 |
| 13863010 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Mar 03 2022 23:50:00 | Toyota Motor Credit Corporation, PO Box 9013, |

| | | | |
|---|---|---|---|
| | | | Addison, Texas 75001-9013 |
| 13851335 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 03 2022 23:49:00 | Verizon Wireless, Po Box 49, Lakeland, FL 33802-0049 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 05, 2022    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRANDON J PERLOFF | on behalf of Debtor Joann Ferrer bperloff@perlofflaw.com kmecf1429@gmail.com;BPerloffPennsylvania1@jubileebk.net |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| HOWARD FORD | on behalf of Creditor PATRICK FUNG howard.ford@comcast.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor Toyota Motor Credit Corporation bkgroup@kmllawgroup.com |
| THOMAS I. PULEO | on behalf of Creditor Toyota Motor Credit Corporation tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Joann Ferrer
    Debtor(s)

Case No: 17−10306−mdc

Chapter: 13

___

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/3/22

77 − 76
Form 138OBJ